COURTNEY M. GACCIONE, ESSEX COUNTY COUNSEL
By: Alan Ruddy, Esq., Assistant County Counsel
Attorney ID#002411975
Office of the Essex County Counsel
Hall of Records, Room 535, 465 Dr. Martin Luther King, Jr., Blvd., Newark, NJ 07102
(973) 621-5021
(Attorney for Defendant, County of Essex also improperly pled as Essex County
Correctional Facility, and all other named defendants)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK)**

Civil Action No.
Removed from:
:SUPERIOR COURT OF NEW JERSEY
:LAW DIVISION: ESSEX COUNTY
:DOCKET NO. ESX-L-8785-16

MAJEED SAM'I AND ANGEL
ARROYO,

           Plaintiffs,

vs.

ESSEX COUNTY CORRECTIONAL
FACILITY, DIRECTOR ALFARO
ORTIZ, SERGEANT ANDRE
FIELDS, NEW JERSEY
DEPARTMENT OF
CORRECTIONS, DOMINIC
SCAGLIONE, DEBRA COLLINS,
JOHN DOES (1-10), JANE DOES
(1-10), ABC CORPORATION (1-10)
ABC, LLC (1-10), ABC, LLP (1-10)
JOINTLY, SEVERALLY,
INDIVIDUALLY

           Defendants.

Civil Action

NOTICE OF FILING PETITION
TO UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
NEW JERSEY FOR REMOVAL
28 U.S.C. §1446(d)

To:    Clerk of the United States District Court
District of New Jersey
Martin Luther King, Jr., Courthouse
50 Walnut Street
Newark, NJ 07101

On Notice to:    Clerk, Essex County Superior Court
                 Civil Law Division Filing
                 50 West Market Street, Rm. 131
                 Newark, NJ  07102

                 Christopher C. Roberts, Esq.
                 7 Glenwood Avenue
                 Suite 401
                 East Orange, NJ  07017
                 (Attorney for Plaintiff)

SIR/MADAM:

PLEASE TAKE NOTICE that the defendants, County of Essex, et al., on this 20th day of March, 2017, filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the District of New Jersey, to remove the above-captioned matter from the Superior Court of New Jersey, Essex County, to the United States District Court for the District Court of New Jersey.

You are also advised that the County of Essex, et al., upon filing of said Notice of Removal, filed a copy of the Notice with all counsel of whom defendants have notice has filed pleadings in this case.

                                Courtney M. Gaccione
                                Essex County Counsel
                                (Attorney for defendant,
                                County of Essex)

                                *s/Alan Ruddy*
                                Alan Ruddy
                                Assistant County Counsel

Dated:  March 20, 2017

## CERTIFICATION OF SERVICE

I hereby certify that the original of the Notice of Petition to the Clerk of the United States District for the District of New Jersey for the Removal and the Notice of Removal were filed with Clerk of the United States District Court for the District of New Jersey, Newark Vicinage, and the Clerk of the Superior Court of New Jersey, Civil Division, and counsel of record within the time prescribed by the rules of Court.

*s/Alan Ruddy*

Alan Ruddy

Assistant County Counsel

Dated:  March 20, 2017